# UNITED STATES DISTRICT COURT

## FOR THE

## Western District of Michigan

**FILED - GR**

June 1, 2026 11:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /6

Elizabeth Duffy

V.                                        INDEX.

**1:26-cv-1734**
**Paul L. Maloney**
**United States District Judge**

Shahabuddeen A. Ally

Chidi A. Eze

Kevin Mcclanahan                          COMPLAINT

Monique Holaman

Carmen Pacheco

Wavny Toussaint

1. Defendants failed to show dignity in work,

2. Plaintiff claims punitive damages,

3. The estimate is over $50,000.

I certify that the above is true and correct.
Elizabeth Duffy   5/1/26

Elizabeth Duffy
88 Main St, Oshkosh, WI 54905

NEW YORK NY  100

23 MAY 2026  PM 7   L



UNITED STATES
OF AMERICA

FOREVER/USA

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399